CORNELIA R. KANE, as Executrix, etc., Appellant, *v.* ROBERT LENOX BELKNAP, Respondent.*

(Argued January 16, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 30, 1893, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court.

*John M. Bowers* for appellant.

*Robert W. DeForest* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____

_____

* Reported below, 70 Hun, 211.